**CSD 1001A** [11/15/04]
Name, Address, Telephone No. & I.D. No.

Ali M.M. Mojdehi, State Bar No. 123846
Christine E. Baur, State Bar No. 207811
Janet D. Gertz, State Bar No. 231172
**BAKER & MCKENZIE LLP**
101 West Broadway, Twelfth Floor
San Diego, CA 92101
Tel: 619 236-1441          Fax: 619 236-0429



Order Entered on
October 04, 2006
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re.
SERACARE LIFE SCIENCES, INC.

Debtor.

BANKRUPTCY NO.
SD 06-00510 LA11
Date of Hearing:       [No hearing set]
Name of Judge:       Louise DeCarl Adler
Name of Judge:

### ORDER ON ALLEGIANT INVESTORS' VERIFIED EMERGENCY MOTION FOR A MODIFICATION OF SCHEDULING ORDER REGARDING THE DEBTOR'S MOTION FOR APPROVAL OF SECURED FINANCING AND CONSIDERATION OF POTENTIAL OVERBIDS

**IT IS ORDERED THAT** the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted. Motion/Application Docket Entry No. __705__

//
//
//
//
//
//

DATED:  October 03, 2006

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Judge, United States Bankruptcy Court

Submitted by:

Baker & McKenzie LLP
(Firm name)

By: /s/ Ali M.M. Mojdehi
Attorney for ☒ Movant ☐ Respondent
Allegiant Investors

**CSD 1001A**

American LegalNet, Inc.
www.USCourtForms.com

**CSD 1001A** [11/15/04] **(Page 2)**
ORDER ON ALLEGIANT INVESTOR'S VERIFIED EMERGENCY MOTION FOR A MODIFICATION OF
SCHEDULING ORDER REGARDING THE DEBTOR'S MOTION FOR APPROVAL OF SECURED FINANCING
AND CONSIDERATION OF POTENTIAL OVERBIDS

DEBTOR: SeraCare Life Sciences, Inc.                               CASE NO: SD 06-00510 LA11

The Court having considered the Allegiant Investors' Verified Emergency Motion For a Modification of Scheduling Order Regarding the Debtor's Motion for Approval of Secured Financing and Consideration of Potential Overbids (the "Allegiant Motion") filed on September 28, 2006, Docket No. 705, it is hereby ORDERED that the Allegiant Motion is granted in part as modified by agreement, subject to the following Second Modified Scheduling Order Regarding The Debtor's Motion For Order (1) Approving Unsecured Financing With Administrative Priority Pursuant To Section 364(B); (2) Determining Good Faith Finding; (3) Determining Availability Of Exemption Pursuant To Section 364(F); (4) Waiving F.R.B.P. 6004(H); (5) Authorizing Payment Of Senior Secured Lenders Secured Claims, And (6) Consideration Of Overbids, filed on September 18, 2006, Docket No. 667 (the "Financing Motion"):

(a)  Counsel to the Debtor must e-file and e-serve the executed final documentation between the Debtor and Allegiant, with due diligence completed, no later than 1:00 p.m. (pacific time) on October 23, 2006;

(b)  All bids must be received by counsel to the Debtor by 1:00 p.m. (pacific time) on October 27, 2006.  Such bids shall be non-contingent and shall include all proposed modifications to the documentation; proof of cash supporting such bid and an outline of a reasonably acceptable Chapter 11 plan specifying the treatment of claims and interests (the "Qualified Bids");

(c)  On or before October 30, 2006 by 5:00 p.m. (pacific time) counsel to the Debtor will e-file and e-serve a notice to all interested parties of the Debtor's selection with respect to the bids received;

(d)  Any Reply to any Opposition to the Financing Motion must be e-filed and e-served on or before 5:00 p.m. on October 30, 2006;

(e)  Any Opposition to the selected bid must be e-filed and e-served by November 2, 2006, at l:00 p.m. (pacific time);

(f)  Any Reply to any Opposition to the selected bid must be e-filed and e-served by November 6, 2006 at l:00 p.m. (pacific time);

(g)  The auction with respect to the Qualified Bids received will take place on November 6, 2006 at l:00 p.m. (pacific time) in the offices of counsel to the Debtor, Winthrop Couchot Professional Corporation, located at 660 Newport Center Drive, Fourth Floor, Newport Beach, CA 92660, and shall continue until no later than 12:00 p.m. (pacific time) on November 7, 2006; and

(h)  The hearing on the Financing Motion will be heard on November 8, 2006 at 9:00 a.m. in Courtroom 2.

The rights of all parties in interest, including the Debtor, Allegiant and the Ad Hoc Committee, are reserved regarding the foregoing schedule.

SDODMS1/667526.1

**CSD 1001A**

American LegalNet, Inc.
www.USCourtForms.com

*Signed by Judge Louise DeCarl Adler October 03, 2006*